1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   WILLIE WEAVER,                    )
                                       )    No. C 07-00162 JW (PR)
12              Plaintiff,             )
                                       )    ORDER OF DISMISSAL
13       vs.                           )
                                       )
14   D. DIAZ,                          )
                                       )
15              Defendant.             )    (Docket No. 3)
                                       )
16   _____
17
18         Plaintiff, a California state prisoner and frequent litigant in this Court, has
19   filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  He seeks to
20   proceed in forma pauperis under 28 U.S.C. § 1915.
21         The Prison Litigation Reform Act of 1995 ("PLRA") was enacted, and
22   became effective, on April 26, 1996.  It provides that a prisoner may not bring a civil
23   action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more
24   prior occasions, while incarcerated or detained in any facility, brought an action or
25   appeal in a court of the United States that was dismissed on the grounds that it is
26   frivolous, malicious, or fails to state a claim upon which relief may be granted,
27
28   Order of Dismissal
     N:\Pro - Se\7.27.2007\07-0162 Weaver162_3strikes-dismissal.wpd

**United States District Court**
For the Northern District of California

1  unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C.

2  § 1915(g).  Section 1915(g) requires that this Court consider prisoner actions

3  dismissed before, as well as after, the statute's 1996 enactment.  Tierney v. Kupers,

4  128 F.3d 1310, 1311-12 (9th Cir. 1997).  And as the text of § 1915(g) makes clear,

5  the court may count as strikes dismissals of district court cases as well as dismissals

6  of appeals.  See Rodriguez v. Cook, 169 F.3d 1176, 1178 (9th Cir. 1999) (prisoner

7  does not get three frivolous claims and three frivolous appeals before being barred

8  by § 1915(g)).

9          Here, plaintiff has had three or more prisoner actions/appeals dismissed by a

10  federal court on the grounds that they are frivolous, malicious, or fail to state a claim

11  upon which relief may be granted: (1) Weaver v. Pelican Bay State Prison, No. C

12  04-3077 JW (PR) (N.D. Cal. May 18, 2005) (civil rights action dismissed for failure

13  to state a claim upon which relief may be granted); (2) Weaver v. Nimrod, No. C 04-

14  3154 JW (PR) (N.D. Cal. Dec. 14, 2004) (same); (3) Weaver v. Pelican Bay State

15  Prison Mail Room, No. C 04-4784 JW (PR) (N.D. Cal. Jan. 5, 2005) (same); (4)

16  Weaver v. Daniel, No. C 05-1373 JW (PR) (N.D. Cal. May 9, 2005) (same); and (5)

17  Weaver v. Monterio, et al., No. 05-0166 RSWL (FMO) (C.D. Cal. Nov. 21, 2005)

18  (same).  Plaintiff therefore may proceed in forma pauperis only if he is seeking relief

19  from a danger of serious physical injury which is "imminent" at the time of filing.

20  See Abdul-Akbar v. McKelvie, 239 F.3d 307, 312 (3d Cir. 2001) (en banc);

21  Medberry v. Butler, 185 F.3d 1189, 1192-93 (11th Cir. 1999); Ashley v. Dilworth,

22  147 F.3d 715, 717 (8th Cir. 1998); Banos v. O'Guin, 144 F.3d 883, 885 (5th Cir.

23  1998).  He is not.

24          Because plaintiff has had three or more prior dismissals and is not under

25  imminent danger of serious physical injury, his request to proceed in forma pauperis

26  (Docket No. 3) is DENIED and the instant action is DISMISSED without prejudice

27

28  Order of Dismissal
N:\Pro - Se\7.27.2007\07-0162 Weaver162_3strikes-dismissal.wpd 2

United States District Court
For the Northern District of California

to bringing it in a paid complaint.

The clerk shall terminate all pending motions as moot.  No fee is due at this time.

DATED:     July 25, 2007                    _____

JAMES WARE
United States District Judge

United States District Court

For the Northern District of California